IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| MELINDA FOUST, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 5:19-cv-132-KDB |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Upon stipulation of the parties, (Doc. No. 24), it is hereby ordered that Defendant will pay Plaintiff $5,800.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. The check shall be made payable to Plaintiff and sent to the offices of Plaintiff's counsel, George C. Piemonte.

**SO ORDERED.**

Signed: March 9, 2021

Kenneth D. Bell
United States District Judge